IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 1:17-cv-20905-KMW

MICHAEL A. ROBERTS,

    Plaintiff,

vs.

GENERAL MOTORS FINANCIAL
COMPANY, INC. F/K/A AMERICREDIT,

    Defendant.
_____/

## JOINT MOTION TO COMPEL ARBITRATION AND DISMISS MATTER WITHOUT PREJUDICE

**COME NOW**, Plaintiff MICHAEL A. ROBERTS ("Plaintiff") and Defendant GENERAL MOTORS FINANCIAL COMPANY, INC. F/K/A AMERICREDIT ("Defendant"), by and through their undersigned counsel, hereby jointly move this Court to compel the above-styled matter to arbitration pursuant to an enforceable contractual arbitration agreement and to dismiss this case. In support thereof, Plaintiff and Defendant state as follows:

1. Plaintiff's claims against Defendant in the above-styled matter are covered by the arbitration provision contained within the February 29, 2015 Closed End Motor Vehicle Lease attached hereto as **Exhibit "A"**.

2. Plaintiff and Defendant agree that Plaintiff's claims against Defendant in the above-styled matter should be submitted to arbitration with the American Arbitration Association pursuant to the aforementioned agreement.

3. Plaintiff and Defendant agree that Plaintiff's claims against Defendant should be dismissed without prejudice.

1

**WHEREFORE**, Plaintiff Michael A. Roberts and Defendant General Motors Financial Company, Inc. f/k/a AmeriCredit jointly and respectfully move this Court to enter the proposed Agreed Order attached hereto as **Exhibit "B"** and contemporaneously submitted to this Court via email pursuant to this Court's judicial procedures, which compels the above-styled matter to arbitration and dismisses this case without prejudice.

Respectfully submitted this 24th day of July 2017,

| | |
|---|---|
| */s/ Matthew T. Mitchell* | */s/ Stan Michael Maslona* |
| **Matthew T. Mitchell, Esq.** (FL Bar No. 18319) | **Stan Michael Maslona, Esq.** (FL Bar No. 86128) |
| Sara L. Solano, Esq. (FL Bar No. 117966) | **LEMBERG LAW, LLC** |
| **BURR & FORMAN LLP** | 43 Danbury Road, Third Floor |
| 350 East Las Olas Boulevard, Suite 1420 | Wilton, CT 06897 |
| Fort Lauderdale, FL 33301 | Telephone: (203) 653-2250 |
| Telephone: (954) 414-6200 | Facsimile: (203) 653-3424 |
| Facsimile: (954) 660-2567 | Email: smaslona@lemberglaw.com |
| Email: flservice@burr.com | *Counsel for Plaintiff* |
| Email: mmitchell@burr.com | |
| Email: ssolano@burr.com | |
| *Counsel for Defendant* | |