UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-20905-CIV-WILLIAMS

MICHAEL A. ROBERTS,

    Plaintiff,

v.

GENERAL MOTORS FINANCIAL
COMPANY, INC. f/k/a AMERICREDIT,

    Defendant.
_____/

## AGREED ORDER GRANTING JOINT MOTION TO COMPEL ARBITRATION AND DISMISS THIS CASE

**THIS MATTER** is before the Court on the Parties' Joint Motion to Compel Arbitration and Dismiss this Matter ("Motion") (DE 19). The Court, having reviewed the Motion and being otherwise fully advised in the premises, **ORDERS AND ADJUDGES** that the Motion (DE 19) is **GRANTED**. This matter is compelled to arbitration pursuant to the arbitration provision contained in the February 29, 2015 Closed End Motor Vehicle Lease attaches as Exhibit "A" to the Motion (DE 19-1). This case is **DISMISSED WITHOUT PREJUDICE.** All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED.** The Clerk is directed to **CLOSE** this case.

    **DONE AND ORDERED** in chambers in Miami, Florida, this 26th day of July, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE